UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY RECINOS,<br><br>                Plaintiff,<br>v.<br><br>CITY OF ORTING, et. al.,<br><br>                Defendants. | CASE NO. 23-5772 RJB<br><br>ORDER STRIKING MOTION |

       This matter comes before the Court on the Plaintiff's "Motion Appointment of Counsel." Dkt. 10. The Court has considered the pleadings filed regarding the motion and the remaining record.

       After a Report and Recommendation was adopted, Plaintiff's case was dismissed without prejudice. Dkt. 6. Judgment was entered on October 12, 2023. Dkt. 7. The Plaintiff filed a notice of appeal on October 16, 2023. Dkt. 8. In the instant motion, the Plaintiff moves for an appointment of counsel because her "laptop was hacked and destroyed" as was her backup laptop. Dkt. 10.

1     "The filing of a notice of appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982); *see Schroeder v.McDonald*, 55 F.3d 454, 458 (9th Cir. 1995).

    The notice of appeal (Dkt. 12) relates to all claims and parties in this case. The Court no longer has jurisdiction to consider motions in this case. Her motion (Dkt. 10) should be stricken.

    It is **ORDERED** that:

- The Plaintiff's "Motion Appointment of Counsel" (Dkt. 10) **IS STRICKEN.**

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 7th day of December, 2023.

ROBERT J. BRYAN
United States District Judge

ORDER STRIKING MOTION - 2